# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SHIRLEY ROST individually and on behalf of all others similarly situated, | Case No. 15-cv-24296-PCH |
| | CLASS ACTION |
| v. | |
| GRADUATION ALLIANCE, Inc., a Utah corporation, | |
| *Defendants*. | |

## DECLARATION OF JEFFREY HANSEN

I.  INTRODUCTION

I, Jeffrey A. Hansen, declare:

I am an adult over the age of 18, a resident of the state of California, and I reside at 2625 Kings View Circle, Spring Valley, CA 91977. Unless indicated otherwise, I have personal knowledge of each of the matters stated herein, and if called to testify I could and would testify competently about them.

*Professional Background*

1. I am the principal of Hansen Legal Technologies, Inc. My firm is in the business of handling information technology, including investigations and analysis of electronic data. I have been involved in more than 150 TCPA class action lawsuits, as well as numerous other civil cases. Also, from 2000 until recently, I maintained the equipment and data for a call center that placed up to a million calls per hour, and this maintenance work included comparing the phone numbers

1

to be called against state and federal "do not call" lists and cell phone identifier lists, to make sure the numbers to be called were not on those lists. Additionally, I have extensive experience as a computer network engineer. My resume is attached as Exhibit A.

*Assumptions*

2. It is my understanding that data were made available to ConnectEDU by Miami Dade school district, via a secure FTP site, containing the personal information for Ashley Nicole Benfield's ("Benfield") and thousands of other Miami Dade students. It is my understanding that Benfield is Plaintiff Rost's granddaughter.

3. I received an Excel spreadsheet labeled GA-00224, which reflects 821,650 "log-ins" and "log-outs" to the Connect! Platform for thousands of student user Connect! accounts from August 24, 2011 through August 22, 2016 where the Connect! system recorded the private IP address 10.192.69.4. Graduation Alliance has indicated that this private IP address is the IP address of the cloud-based server at Navasite that Graduation Alliance uses to house the data. As such, to the extent any student signed on from a computer and provided information to Graduation Alliance (as Graduation Alliance claimed happened with respect to Benfield and all other students) there is no evidence to support such student sign-ons. Rather, the data shows only the single, private IP address belonging to Graduation Alliance.

4. It is my understanding that Benfield's USER_ID in the ConnectEDU system is 461851. It is included in GA-00224.

*Data in GA-00224*

2

5. Benfield's USER_ID, 461851, is reflected in only one record in GA-00224: a single log-out (with no log-in) with a time stamp of March 18, 2013 at 9:26:43 a.m.

6. I have compiled a twelve (12) minute snapshot of the account activity on the Connect! Platform for the approximate 6 minutes before and the approximate 6 minutes after the log-out reflected on Benfield's account. This snapshot is attached hereto as Exhibit B.

7. In the approximate 6 minutes before and after Benfield's "log-out", there are 66 records of account activity on the Connect! Platform. 34 of the 66 records are from USER_IDs close in number to Benfield's. That is, Benfield's USER_ID is 461851 and there are 34 records of account activity in the approximate 6 minutes before and after Benfield's account shows a log-out from other USER_IDs that begin with 461.

8. Many USER_IDs that are close to each other numerically have account activity at about the same or even the exact same time—for example, USER_IDs 461845 and 461844—one digit apart—both have log-outs on March 18, 2013 at exactly 9:27:45 a.m. Likewise, user ids 461841 and 461842—again, a single digit apart—both have log-outs two seconds later, on March 18, 2013 at exactly 9:27:47 a.m.

9. Graduation Alliance claimed that the initial login would be counted as a logout, however, in the Excel spreadsheet labeled GA-00224, there are 200,513 logins from accounts that never logged out. Also, There are 3,337 accounts that never logged in having more than one logout for each account.

10. Such data show tell tale signs of a computerized and automated (also known as

3

"scripted") process as opposed to individual logins by actual human students. The log-out activity reflected in the data is evidence that students are not actually using the Connect! Platform and providing consent to receive text messages. Rather, the activity reflected in the data appears computerized and scripted—students were likely being automatically signed up by a computer program.

*Conclusion*

11. The data suggest that the log-in and log-out activity is likely scripted and is being done by an automated computer process set up by ConnectEDU and not by students themselves.

12. More information regarding the source code used to download and store the data received from Miami Dade and to then import the data into ConnectEdu's database is needed. The source code would reveal whether the process was scripted or whether students were made to manually sign up, as Graduation Alliance has claimed. Given that the data show students with similar user Id's being signed up at or near the exact same moment, it is highly doubtful that students signed up on their own.

I declare that the foregoing is true and correct, subject to the laws of perjury of the United States. Executed in Spring Valley, CA on this 18th day of September, 2016.

_____

4

# EXHIBIT A

**Jeffrey A. Hansen**
Spring Valley, CA 91977
(619) 270-2363
Email:   Jeff@TCPAwitness.com

**SUMMARY OF QUALIFICATIONS:**
   IT certified professional with over 25 years of extensive troubleshooting experience

**PROFESSIONAL EXPERIENCE:**

**Testified in the following:**

   I have been called to testify in the following civil matters:

- *Craig Casey v. Valley Center Insurance Agency Inc.*, Case No. 37-2008-00004378-SC-SC-CTL (San Diego Superior Court)
- *Stemple v. QC Holdings, Inc.*, Case No. 12-CV-1997-CAB-WVG (S.D. Cal.)
- *Hahn v. Massage Envy Franchising*,  Case No: 3:12-cv-00153-DMS-BGS (S.D. Cal.)
- *Abdeljalil v. General Electric Capital Corporation*, Case No: 12-cv-02078-JAH-MDD (S.D. Cal.)
- *Jasminda Webb v. Healthcare Revenue Recovery Group, LLC* Case No: C 13-0737 JD (N.D. Cal.)
- *Balschmiter v TD Auto Finance, LLC,* Case No: 2:13-cv-01186 (E.D. Wisc.)
- *Jordan Marks v Crunch San Diego, LLC,* Case No. 14-CV-0348-BAS (BLM) (S.D.Cal.)
- *Peter Olney v Job.com,* Case No: 1:12-cv-01724-LJO-SKO (E.D. Cal.)
- *Carlos Guarisma v ADCAHB Medical Coverages, Inc. and Blue Cross and Blue Shield of Florida, Inc.*, Case No: 1:13-cv-21016-JLK (S.D. Fla.),
- *Farid Mashiri v Ocwen Loan Servicing, LLC,* Case No: 3:12-cv-02838 (S.D. Cal.)
- *Monty J. Booth, Attorney at Law, P.S. v Appstack, Inc.*, Case No. 2:13-cv-01533-JLR (W.D. Wash.)
- *Rinky Dink, Inc. d/b/a Pet Stop v World Business Lenders, LLC*, Case No. 2:14-cv-00268-JCC (W.D. Wash.)
- *Michael Reid and Dave Vacarro v. I.C. Sytems, Inc*., Case No. 2:12-cv-02661-ROS (D. Ariz.)
- *Jeffrey Molar v NCO Financial Systems* Case No. 3:13-cv-00131-BAS-JLB (S.D. Cal.)
- *Latonya Simms v Simply Fashion Stores LTD, and ExactTarget, Inc.*, Case No. 1:14-CV-00737-WTL-DKL (D. Ind.),
- *Sueann Swaney v Regions Bank,* Case No. CV-13-RRA-0544-S (N.D. Ala.)
- *Hooker v SiriusXM,*  Case No. 4:13-cv-00003 (AWA) (E.D. Va.)
- *Diana Mey v Frontier Communications,* Case No. 13-cv-01191-RNC (D. Conn.)
- *Rachel Johnson v Yahoo! Zenaida Calderin v Yahoo!* Case No. 14-cv-2028 14-cv-2753 (N.D. IL)
- *Philip Charvat v Elizabeth Valente,* Case No. 12-cv-5746 (N.D. IL)
- *Robert Zani v Rite Aid Hdqtrs. Corp*., Case No. 14-cv-9701(AJN)(RLE)(S.D. NY)
- *A.D. v Credit One Bank* Case No. 1:14-cv-10106 (N.D. IL)
- *Oerge Stoba, and Daphne Stoba v Saveology.com, LLC, Elephant Group, Inc.; Time Warner Cable, Inc.* Case No. 13-cv-2925-BAS-NLS (S.D. Cal.)
- *Shyriaa Henderson v United Student Aid Funds, Inc.* Case Number: 3:13-cv-1845-L-BLM (S.D. Cal.)
- *Marciano v Fairwinds Financial Services* Case No. 6:15-CV-1907-ORL-41 KRS (M.D. Fla)
- *Alice Lee v Global Tel*Link Corporation* Case No. 2:15-cv-02495-ODW-PLA [consolidated with 2:15-cv-03464-ODW-PLA (C.D. Cali)
- *Alan Brinker v Normandin's* Case No. 5:14-cv-03007-EJD-HRL (N.D. Cali)
- *Spencer Ung v Universal Acceptance Corporation,* Case No. 15cv127 RHK/FLN (D. Minn)
- *Seana Goodson v Designed Receivable Solutions*, Case No. 2:15-cv-03308-MMM-JPR (C.D. Cal)
- *Dominguez v Yahoo!, Inc*., Case No. 2:13-cv-01887 (E.D. Penn)

**2013-Present     Founder**
        **Hansen Legal Technologies, Inc., San Diego, CA**
- Established and incorporated Hansen Legal Technologies, Inc. in 2013

- Developed operating procedures for computer forensic examinations.
- Developed proper protocols in preserving electronic evidence and following chain of custody.
- Provided Forensic services for clients for class action, civil, and other consumer cases.
- Oversee all discovery phase of cases.
- Assist counsel in interrogatories, depositions, and meet and confer meetings.
- Participated in Meet and Confer, 26f conferences and misc pre-trial meetings.
- Assisted counsel in developing litigation strategies in cases
- Assisted counsel in preparing discovery including interrogatories and document requests
- Assisted counsel in evaluating responses to interrogatories and document requests
- Assisted counsel in witness examination in depositions.
- Prepaired declarations for Class Certifications, and for Motions for Summary Judgement.

**2007-2013    Co-Founder**
**Hansen and Levey Forensics, Ft Lauderdale, FL**
- Established and incorporated Hansen & Levey Forensics, Inc in 2007
- Established secure forensics laboratory for the San Diego office.
- Developed operating procedures for computer forensic examinations.
- Developed proper protocols in preserving electronic evidence and following chain of custody.
- Provided Forensic services for clients for class action, employment, civil, domestic, and juvenile cases.
- Oversee all discovery phase of cases.
- Assist counsel in interrogatories, depositions, and meet and confer meetings, and preparation for sanction hearings against opposing counsel and parties.
- Participated in Meet and Confer, 26f conferences and misc pre-trial meetings.
- Assisted counsel in developing litigation strategies in cases
- Assisted counsel in preparing discovery including interrogatories and document requests
- Assisted counsel in evaluating responses to interrogatories and document requests
- Assisted counsel in witness examination in depositions
- Performed on site acquisitions.
- Participated in mediation sessions.
- Provided Expert Testimony in Craig Casey vs. Valley Center Insurance Agency Inc.

**2000-2016    Owner**
**Pns724 San Diego, CA**
- Provided complete IT solutions for hundreds of businesses and individuals including network design, configuration, forensics, and data recovery.
- Set up and maintained 672 line outbound call center with numerous auto dialers and predictive dialers. Maintained call lists, and DNC lists used to place hundreds of millions of calls over a five year period.
- Installed hundreds of POTS lines, "Turned up" at least 38 T1's and PRI's.

**2006    San Diego Regional Computer Forensics Laboratory (FBI sponsored computer forensics Lab)**
- Built several forensic machines with large fiber channel RAID assemblies for use in the field.
- Installed and configured systems for mobile laboratory
- Provided support in all areas from taking in evidence to calling case agents to pick up their evidence from finished cases gaining valuable experience in evidence handling.

**2004-Present    Systems Analyst**
**Amsec San Diego, CA / Lateott Bremerton, WA / HP Enterprise Services**
- Provided ATM and Ethernet fiber connectivity for secure and unsecured DOD networks.
- Troubleshot fiber connectivity issues on shore and ship facilities.

**2000-2004    Director of Training/ IT Director**
**Laptop Training Solutions, San Diego, CA**

- Provided Intrusion detection, incident response, and forensic services in a continuing effort keep the network and workstations secure.

- Planned, designed, and implemented network security for vital network services for 4 facilities, that were heavily attacked by varying methods, saving the company hundreds of thousands of dollars.
- Performed security risk assessment, performed IT control audits, developed countermeasures and provided a security policy to insure confidentiality, integrity and availability of resources.
- Performed Gap Analysis of existing systems and desired systems and migrated from Windows 2000 DNS and Exchange 2000 servers to Linux servers running Postfix and BIND to provide a more scalable network for 4 facilities providing the company the means to achieve a 450% growth.
- Planned, installed and maintained several school networks involving numerous Domain Controllers, UNIX servers, print servers, multiple nodes and routers.
- Installed and programmed Nortel phone system improving the company's ability to handle calls.
- Planned, organized and instructed computer certification courses including Microsoft Certified Systems Engineer (NT4.0, Win2000 MCSE, 2003 MCSE), Cisco (CCNA), A+, N+, Linux+, I-Net+, Security+, MOUS and  Web Page Design (HTML, Javascript, DHTML, Flash 4, Flash 5, Fireworks3, Photoshop 5) resulting in hundreds of certified students.
- Provided students with a hands on training environment involving networks with  Multiple Windows NT and Windows 2000 Domain Controllers, several workstations (Windows 95,98,NT,ME, and 2000 Professional), Novell, Unix, and Exchange Servers, and Cisco routers.
- Planned, organized and instructed a corporate training environment for TCP/IP which included addressing, standards, troubleshooting, subnetting, routing and Frame Relay
- Provided long distance support via telephone to hundreds of MCSE students throughout the country.
- Managed other instructors on training techniques for the MCSE, CCNA, Linux+, A+, Security+ and Network + courses providing a consistent system of training in all facilities.

**1998-2000        Electronic Test Technician 3**
**Action Instruments, San Diego, CA**
- Tested various types of electronics for industry and signal conditioning.
- Troubleshot and documented nearly 10,000 component level repairs.
- Assisted in improvements to the manufacturing process.
- Identified problems in product design and provided solutions to correct the problems.

**1996-1997        Network, Computer and Computer Monitor Technician /Instructor**
**United States Navy, Shore Intermediate Maintenance Activity, San Diego, CA**
- Installed and connectorized fiber optic computer networks throughout Naval Station San Diego and North Island.
- Provided network troubleshooting and management for large scale mission-critical DoD networks with over 600 nodes, routers, and servers.
- Provided upgrades, maintenance, troubleshooting, security, and repair of personal computers for 600 station LAN and the US Pacific Fleet.
- Troubleshot and repaired over 100 computer monitors to component level without technical manuals.
- Increased successful monitor repair from 10% to 95%.
- Trained shop personnel on computer monitor troubleshooting and repair.
- Researched parts, materials and techniques for Computer Monitor repair.
- Developed curriculum and instructed monitor troubleshooting and repair for the Navy Microcomputer Repair course.

**1993-1996        Electronics Technician / Computer Technician**
**United States Navy, USS Mahlon S. Tisdale (FFG-27), Combat Systems Division.**
- Provided incident response and performed forensic type of services for 36 computers following  Employee sabotage.
- Troubleshot and maintained Harris 300 AN/UYK-62(V) mini-mainframe, running Vulcan OS,  and all terminals
- Troubleshot, maintained, and upgraded hardware and software for 36 shipboard computers.
- Identified security threats, and developed countermeasures for computer systems on board.
- Troubleshot, repaired and maintained – at component level - various Univac systems making up a complex network of computers used in communications, navigation, and weapons guidance.
- Assisted in planning and running work center.

**1990-1992        Radio, Television, VCR Technician**

**LBJ Television, Wheat Ridge, CO**
- Performed component level troubleshooting of televisions, VCRs, and stereos.
- Performed in home repair of televisions.
- Introduced the repair of CD players to the company.
- Provided technical support to customers over the telephone.
- Handled customer service issues related to television repair.

**CERTIFICATIONS:**

MCP 4.0, A+, Network+, MCP 2000, MCSA, MCSE, Linux+, I-Net+, Security+, CIW Security Analyst.

Certified by Bureau For Private Postsecondary And Vocational Education, in the States of California and Oregon, as an Instructor for Computer Installation and Repair Technology, Computer Systems Networking and Telecommunications, Micro Computer Applications, Microsoft, Windows, Excel

**GUEST APPEARANCES:**

- Featured in Microsoft Redmond Magazine Sep 2007
- Computer Talk 760 KFMB San Diego, CA
- Computer Bits KBNP 1410AM and KOHI 1600 Portland, OR
- San Diego Profiler 760 KFMB San Diego, CA

**PUBLIC POSITIONS:**

**June 2012-Present        Board Member, Spring Valley Community Planning Group**

Elected board member of the Spring Valley Community Planning Group from April 2012 to Present. The purpose of the group is to advise the San Diego County Department of Planning and Land Use, the Planning Commission and the Board of Supervisors on matters of planning and land use affecting Spring Valley south of Highway 94. Members are volunteers and locally elected representing the interests of the people of Spring Valley. Items heard by the group include but are not limited to: Site Plans, Signs, Roads & Infrastructure, Parks & Recreation, Lot Splits, 2nd Dwelling Units, Day Care, Alcohol License, Tree Removal, Re-Zones.

**EDUCATION:**
2006    Access Data Forensic Toolkit
        San Diego Regional Computer Forensics Laboratory, San Diego, CA
2006    Guidance Software Encase Forensic Suite
        San Diego Regional Computer Forensics Laboratory, San Diego, CA
2005    E-discovery – Why Digital is different – by Craig Ball
        San Diego County Bar Association, San Diego, CA
2003    Security: Hardening MS Windows 2000 Server Family, IIS and Exchange 2000 Servers
        CBI Systems Integrators, San Diego, CA
1996    Navy Standard Microcomputer Repair
        PRC Inc., San Diego, CA
1996    Fundamentals of Total Quality Management/ Team Skills and Concepts
        Shore Intermediate Maintenance Activity, San Diego, CA
1993    AN/SPS-55 Surface Search Radar
        Service School Command, San Diego, CA
1993    Advanced Electronics School, Communication Systems and Radar Systems
        Naval Training Center, Great Lakes, IL
1992    Electronic Theory
        Naval Training Center, Orlando, FL
1990-1991    Radio, Television, VCR Repair
        Warren Occupational Technical Center, Golden, CO
1989-1990    Electronic Theory

|  | Warren Occupational Technical Center, Golden, CO |
|---|---|
| 1991 | Columbine Sr. High School, Littleton, CO |

**SECURITY CLEARANCE:**  Secret

References available on request

# EXHIBIT B

sameip

| USERID | IP | TIMESTAMP | TOPNAV | ACTION | FEATURE |
|---|---|---|---|---|---|
| 362812 | 10.192.69.4 | 2013-03-18 09:20:50 | My Account | User logged into site | Login |
| 461835 | 10.192.69.4 | 2013-03-18 09:20:54 | My Account | User logout | Logout |
| 357554 | 10.192.69.4 | 2013-03-18 09:20:59 | My Account | User logged into site | Login |
| 382417 | 10.192.69.4 | 2013-03-18 09:21:10 | My Account | User logged into site | Login |
| 358113 | 10.192.69.4 | 2013-03-18 09:21:26 | My Account | User logged into site | Login |
| 367913 | 10.192.69.4 | 2013-03-18 09:21:33 | My Account | User logged into site | Login |
| 387913 | 10.192.69.4 | 2013-03-18 09:21:33 | My Account | User logged into site | Login |
| 382763 | 10.192.69.4 | 2013-03-18 09:21:34 | My Account | User logged into site | Login |
| 373978 | 10.192.69.4 | 2013-03-18 09:21:41 | My Account | User logged into site | Login |
| 413784 | 10.192.69.4 | 2013-03-18 09:21:44 | My Account | User logged into site | Login |
| 443209 | 10.192.69.4 | 2013-03-18 09:21:49 | My Account | User logout | Logout |
| 443191 | 10.192.69.4 | 2013-03-18 09:22:17 | My Account | User logout | Logout |
| 461832 | 10.192.69.4 | 2013-03-18 09:22:30 | My Account | User logout | Logout |
| 461833 | 10.192.69.4 | 2013-03-18 09:22:35 | My Account | User logout | Logout |
| 68723 | 10.192.69.4 | 2013-03-18 09:22:41 | My Account | User logged into site | Login |
| 435978 | 10.192.69.4 | 2013-03-18 09:22:56 | My Account | User logged into site | Login |
| 461813 | 10.192.69.4 | 2013-03-18 09:23:35 | My Account | User logout | Logout |
| 365310 | 10.192.69.4 | 2013-03-18 09:23:43 | My Account | User logged into site | Login |
| 407788 | 10.192.69.4 | 2013-03-18 09:25:05 | My Account | User logged into site | Login |
| 461834 | 10.192.69.4 | 2013-03-18 09:25:07 | My Account | User logout | Logout |
| 461822 | 10.192.69.4 | 2013-03-18 09:25:24 | My Account | User logout | Logout |
| 461829 | 10.192.69.4 | 2013-03-18 09:25:26 | My Account | User logout | Logout |
| 461834 | 10.192.69.4 | 2013-03-18 09:25:28 | My Account | User logged into site | Login |
| 461825 | 10.192.69.4 | 2013-03-18 09:25:29 | My Account | User logout | Logout |
| 267623 | 10.192.69.4 | 2013-03-18 09:25:32 | My Account | User logged into site | Login |
| 365951 | 10.192.69.4 | 2013-03-18 09:25:32 | My Account | User logged into site | Login |
| 461838 | 10.192.69.4 | 2013-03-18 09:25:52 | My Account | User logout | Logout |
| 461834 | 10.192.69.4 | 2013-03-18 09:25:58 | My Account | User logout | Logout |
| 461854 | 10.192.69.4 | 2013-03-18 09:26:13 | My Account | User logout | Logout |
| 461834 | 10.192.69.4 | 2013-03-18 09:26:16 | My Account | User logged into site | Login |
| 360929 | 10.192.69.4 | 2013-03-18 09:26:28 | My Account | User logged into site | Login |
| 376763 | 10.192.69.4 | 2013-03-18 09:26:31 | My Account | User logged into site | Login |
| 461834 | 10.192.69.4 | 2013-03-18 09:26:33 | My Account | User logout | Logout |
| 68723 | 10.192.69.4 | 2013-03-18 09:26:39 | My Account | User logout | Logout |
| 461816 | 10.192.69.4 | 2013-03-18 09:26:40 | My Account | User logout | Logout |
| 461851 | 10.192.69.4 | 2013-03-18 09:26:43 | My Account | User logout | Logout |
| 461817 | 10.192.69.4 | 2013-03-18 09:26:48 | My Account | User logout | Logout |
| 461855 | 10.192.69.4 | 2013-03-18 09:26:52 | My Account | User logout | Logout |
| 461860 | 10.192.69.4 | 2013-03-18 09:26:58 | My Account | User logout | Logout |
| 459626 | 10.192.69.4 | 2013-03-18 09:27:18 | My Account | User logged into site | Login |
| 61496 | 10.192.69.4 | 2013-03-18 09:27:20 | My Account | User logged into site | Login |
| 461859 | 10.192.69.4 | 2013-03-18 09:27:23 | My Account | User logout | Logout |
| 461840 | 10.192.69.4 | 2013-03-18 09:27:27 | My Account | User logout | Logout |
| 461844 | 10.192.69.4 | 2013-03-18 09:27:45 | My Account | User logout | Logout |
| 461845 | 10.192.69.4 | 2013-03-18 09:27:45 | My Account | User logout | Logout |
| 461847 | 10.192.69.4 | 2013-03-18 09:27:46 | My Account | User logout | Logout |
| 461841 | 10.192.69.4 | 2013-03-18 09:27:47 | My Account | User logout | Logout |
| 461842 | 10.192.69.4 | 2013-03-18 09:27:47 | My Account | User logout | Logout |
| 224488 | 10.192.69.4 | 2013-03-18 09:27:51 | My Account | User logout | Logout |
| 427642 | 10.192.69.4 | 2013-03-18 09:27:52 | My Account | User logged into site | Login |

sameip

| | | | | | |
|---|---|---|---|---|---|
| 459622 | 10.192.69.4 | 2013-03-18 09:27:55 | My Account | User logged into site | Login |
| 461846 | 10.192.69.4 | 2013-03-18 09:27:55 | My Account | User logout | Logout |
| 461848 | 10.192.69.4 | 2013-03-18 09:27:55 | My Account | User logout | Logout |
| 370078 | 10.192.69.4 | 2013-03-18 09:28:05 | My Account | User logged into site | Login |
| 461849 | 10.192.69.4 | 2013-03-18 09:28:10 | My Account | User logout | Logout |
| 461864 | 10.192.69.4 | 2013-03-18 09:29:02 | My Account | User logout | Logout |
| 272788 | 10.192.69.4 | 2013-03-18 09:29:14 | My Account | User logged into site | Login |
| 363300 | 10.192.69.4 | 2013-03-18 09:30:40 | My Account | User logout | Logout |
| 38024 | 10.192.69.4 | 2013-03-18 09:31:18 | My Account | User logout | Logout |
| 206377 | 10.192.69.4 | 2013-03-18 09:31:26 | My Account | User logged into site | Login |
| 277910 | 10.192.69.4 | 2013-03-18 09:32:20 | My Account | User logged into site | Login |
| 461827 | 10.192.69.4 | 2013-03-18 09:32:25 | My Account | User logout | Logout |
| 461866 | 10.192.69.4 | 2013-03-18 09:32:27 | My Account | User logout | Logout |
| 435978 | 10.192.69.4 | 2013-03-18 09:32:34 | My Account | User logout | Logout |
| 461818 | 10.192.69.4 | 2013-03-18 09:32:45 | My Account | User logout | Logout |
| 461819 | 10.192.69.4 | 2013-03-18 09:32:45 | My Account | User logout | Logout |